270

E. F. WALTHER et al., Respondents, v. FRED A. STEFANI,
as Executor etc., et al., Appellants.

Franklin A. Dill, M. Mitchell Bourquin and Frank L.
Murphy for Appellant.

Oscar C. Parkinson for Respondents.

THE COURT.—The executor of the last will and testament
of Virgilio Stefani, deceased, one of the appellants, has filed
in this court a motion for an order removing appellants
Frank L. Murphy and C. Robinson from any control over
the litigation in the above matter and for an order granting
appellant Fred A. Stefani as an individual and as an executor
of the last will and testament of Virgilio Stefani, deceased,
full authority to effect a compromise of this litigation if
possible.

The record on appeal shows that respondent filed an action
against appellants praying that a certain promissory note
payable to Virgilio Stefani and his wife and the deed of
trust securing same, in which deed of trust appellants Murphy
and Robinson were named as trustees, be decreed to be held
in trust for respondent. From the judgment in favor of
plaintiff and respondent all of the defendants appealed.

Appellant executor has cited no authority that would justify the granting of such a motion as is here made, and we know of none. Appellants Murphy and Robinson were parties in the action and were included in the judgment. They were also included in the joint brief filed by all appellants. It is not suggested that they did not have the right to appeal. Under such circumstances we are unable to understand upon what basis we could properly order said appellants removed from any control of the litigation.

The motion is denied.